STATE of Missouri, Respondent,

v.

Sean Michael MOORE, Appellant.

No. ED 101949

Missouri Court of Appeals,
Eastern District,
*DIVISION THREE.*

Filed: September 1, 2015

Motion for Rehearing and/or Transfer
to Supreme Court Denied
October 8, 2015

Application for Transfer Denied
November 24, 2015

William J. Swift, Woodrail Centre, 1000 West Nifong, Building 7, Suite 100, Columbia, MO 65203, for Appellant.

Chris Koster, Attorney General, Andrew C. Hooper. Asst. Atty. Gen., P.O. Box 899, Jefferson City, MO 65102, for Respondent.

Before Robert M. Clayton III, P.J., Lawrence E. Mooney, J., and James M. Dowd, J.

*ORDER*

PER CURIAM.

Sean Michael Moore ("Appellant") appeals the judgment of conviction entered by the trial court after a jury found him guilty of second-degree burglary. We find the trial court did not err in denying Moore's motion for judgment of acquittal and imposing judgment and sentence.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our deci-sion. The judgment of the trial court is affirmed under Rule 30.25(b).